IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN DURAND,<br>    **Plaintiff**<br><br>v.<br><br>LAKE SCRANTON URGENT CARE, LLC,<br>    **Defendant** | No. 3:25cv740<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 31st day of October 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Karen Durand's motion for default judgment against Defendant Lake Scranton Urgent Care, LLC, (Doc. 9), is **GRANTED**;

2) The Clerk of Court shall enter a default judgment in favor of plaintiff and against defendant in the amount of $7,906.40;

3) The Clerk of Court is directed to close this case;

4) Plaintiff's motion for attorneys' fees is **DENIED** without prejudice; and

5) Plaintiff may resubmit a motion for attorneys' fees within fourteen (14) days of the date of this order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court