AO 450 (Rev1/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

KAREN DURAND,                                     3:25CV740

                                                  (Judge Munley)

    Plaintiff

    v.

LAKE SCRANTON URGENT CARE, LLC.,
    Defendant

## JUDGMENT IN A CIVIL ACTION

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on

_____

[X]   **Decision by Court.**   This action came by motion or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    Amended Judgment is hereby entered in favor of the Plaintiff, Karen Duran, and against the defendant, Lake Scranton Urgent Care, to include $8,750.00 in attorney's fees, $461 .65 in taxable costs under 28 U.S.C. § 1920 and $202.88 in litigation expenses pursuant to 42 U.S.C. § 12205.

PETER J. WELSH
Clerk of Court

December 29, 2025
Date

Deputy Clerk